UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D3, MIRNA KAMAL FAYAD,

    Defendant.

Case No. 22-cr-20188-3
Hon. Matthew F. Leitman

_____/

# ORDER GRANTING DEFENDANT MIRNA FAYAD'S MOTION FOR PERMISSION TO TRAVEL (ECF No. 99.)

Now before the Court is Defendant Mirna Fayad's Third Motion for Permission to Travel (ECF No. 99). In the motion, Ms. Fayad seeks permission to travel to Lebanon one time to visit family. The Court held a hearing on the motion on July 26, 2022. For the reasons stated on the record during the hearing, the motion is GRANTED. Ms. Fayad shall be permitted to travel to Lebanon one time on the following conditions:

1. Before leaving for Lebanon, she must successfully post as security to assure her appearance her entire interest in the Michigan real property (her primary residence) and the Florida real property identified in her motion. In order to successfully post that property, she must comply with all applicable conditions in the Procedures for Posting Secured Bonds as established by this Court.

2. While in Lebanon, she must contact her pretrial services officer on a daily basis by text message or email.

3. Before leaving for Lebanon, she must provide her itinerary to her pretrial services officer.

4. Before leaving for Lebanon, she must provide her pretrial services officer with the address of each and every location in Lebanon at which she will be staying.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 27, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 27, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126