UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D3, MIRNA KAMAL FAYAD,

    Defendant.
_____/

Case No. 22-cr-20188-3
Hon. Matthew F. Leitman

## ORDER DIRECTING RETURN OF BOND

On July 27, 2022, the Court issued an order granting Defendant Mirna Fayad permission to travel to Lebanon. (*See* Order, ECF No. 106.)  The Court conditioned Fayad's travel on several conditions.  Relevant here, the Court required Fayad, before leaving for Lebanon, to "post as security […] her entire interest in" two real properties: her primary residence located in the State of Michigan and a second property located in the State of Florida. (*Id.*, PageID.1194.) Fayad then posted a bond that complied with the Court's July 27 order. (*See* Appearance Bond, ECF No. 118.)

Fayad has now returned from her travel to Lebanon.  Accordingly, the Court **RELEASES** Fayad's Appearance Bond (ECF No. 118) and **DIRECTS** the Court's Financial Services Department to return that bond to her.

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  October 6, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 6, 2022, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126