UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MIRNA KAMAL FAYAD,

      Defendant.

Case No. 22-cr-20188
Hon. Matthew F. Leitman

_____

### ORDER TO AMEND BOND CONDITIONS TO PERMIT TRAVEL TO LEBANON FOR HEALTH REASONS

Pursuant to filing of Motion to Travel to Lebanon for Health Reasons by Defendant, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant, Mirna Kamal Fayad's bond be amended to permit travel to Lebanon for health reasons.

**IT IS FURTHER ORDERED** that Defendant provide Pretrial Services with all necessary information concerning travel to Lebanon for health reasons in advance of occurrence of travel and that all other bond conditions remain in place.

**IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  June 23, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 23, 2023, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126